Clifford WILLIAMS, Movant,

v.

STATE of Missouri, Respondent.

No. 71011.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 20, 1997.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Clifford Williams, appeals the judgment of the Circuit Court denying his Rule 24.035 motion after an evidentiary hearing.  We affirm.

We have reviewed the briefs of the parties, the transcript, the legal file and the supplemental legal file and find the judgment is not clearly erroneous.  As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).